UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-01345-CEM-EJK

HOWARD COHAN,

     Plaintiff,

vs.


ALTAMONTE HOSPITALITY, LP
a Florida Limited Partnership
d/b/a HILTON ALTAMONTE

     Defendant(s).

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, ALTAMONTE HOSPITALITY, LP, a Florida Limited Partnership, d/b/a HILTON ALTAMONTE, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against ALTAMONTE HOSPITALITY, LP, a Florida Limited Partnership, d/b/a HILTON ALTAMONTE; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED November 1, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410

**By: /s/ Tasos C. Paindiris**
Tasos C. Paindiris
Florida Bar No. 0041806
tasos.paindiris@jacksonlewis.com
R. Charles DiNunzio, Jr.
Florida Bar No. 1029108

Telephone: (561) 729-0940                          charles.dinunzio@jacksonlewis.com
Facsimile: (561) 491-9459                           JACKSON LEWIS P.C.
Email: greg@sconzolawoffice.com            390 North Orange Avenue, Suite 1285
Email: samantha@sconzolawoffice.com    Orlando, Florida 32801
Email: alexa@sconzolawoffice.com           Telephone: (407) 246-8440
Attorney for Plaintiff                                    Facsimile: (407) 246-8441

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 1, 2022, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that

the foregoing document is being served this day on counsel of record in this action

via transmission of Notices of Electronic Filing generated by CM/ECF.

       **/s/ Gregory S. Sconzo**
       **Gregory S. Sconzo, Esq.**

2